AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   8:24-mj-2701-NHA |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the

_____ District of _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| | |

This criminal complaint is based on these facts:

❏ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  11/5/2024
_____

_____
*Judge's signature*

City and state:  _____

_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A
SEARCH WARRANT**

I, Yannick Deslauriers, being duly sworn, hereby state as follows:

**Introduction and Agent
Background**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco,
Firearms and Explosives ("ATF"), and have been so employed by the United
States Department of Justice since January 2009. I have approximately 24 years
of law enforcement training and experience. This training and experience
includes, but is not limited to, the earning of a Bachelor of Science Degree in the
field of Criminal Justice with a minor in Psychology from the University of
Tennessee, and the completion of the Metropolitan Nashville Police Academy.
I was subsequently employed with the Metropolitan Nashville Police
Department in Nashville, Tennessee for approximately nine years, including
four years assigned to a street level narcotics unit. Upon being hired by ATF, I
completed the Federal Law Enforcement Training Center's Criminal
Investigator Training Program and ATF Special Agent Basic Training program.

2.      I am authorized to investigate violations of laws of the United
States, including violent crimes and narcotic offenses, and to execute warrants
issued under the authority of the United States. I am currently assigned to the
ATF Tampa Division. During my employment as an ATF Special Agent and nine
previous years as a police officer and detective with the Nashville Police

Department, I have participated in numerous investigations which have resulted in the arrests of numerous individuals and the seizures of currency, financial ledgers, firearms, controlled substances, and indicia of controlled substance trafficking.  During the course of these investigations, I have conducted or participated in physical and electronic surveillance, and I have conducted numerous debriefings of witnesses, informants, cooperating defendants, and other individuals cooperating with the United States.  I have executed or assisted in executing numerous search warrants resulting in the seizure of firearms, narcotics, narcotics records, and financial documents.  In connection with my official duties, I investigate a variety of criminal violations of federal laws related to violent crime, firearms, controlled substances, and arson.  I have seized cellular telephones, reviewed evidence from seized cellular telephones, reviewed cell site data, and consulted with other agents and law enforcement officers who have seized and/or reviewed evidence from cellular telephones.

3.     This affidavit is being submitted in support of a Criminal Complaint charging Ron YARDE ("YARDE") with violations of 18 U.S.C. § 1951 – Conspiracy to Commit Hobbs Act Robbery.

4.      I am familiar with the facts and circumstances of this investigation either as a result of my personal involvement, training and experience, or as a result of information made available to me from other sources, including witnesses, law enforcement personnel, surveillance footage, body camera footage, or investigative reports. This affidavit is intended only to show that there is

probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**Probable Cause**

5.      The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), the Hillsborough County Sheriff's Office, the Marion County Sheriff's Office, and the Hernando County Sheriff's Office, in conjunction with other local agencies, are conducting a joint investigation into numerous violations of Title 18 U.S.C. § 1951- Conspiracy to Commit Hobbs Act Robberies, all of which occurred in the Middle District of Florida.

6.      During the course of the investigation detailed below, Malcolm GREEN ("GREEN") was identified as the primary robbery suspect.  GREEN was ultimately arrested on June 28, 2024, following the robbery of a Walgreens located at 12211 W. Hillsborough Avenue in Tampa, Florida.

7.      On July 9, 2024, United States Magistrate Judge Anthony Porcelli approved a search warrant authorizing the search of GREEN's cellphone.  The following probable cause statement includes details related to several incidents being investigated coupled with information gleaned from a forensic search of GREEN's cellphone.

**A.      May 27, 2024, 7-Eleven Robbery at 15310 Cortez Blvd, Brooksville, FL**

8.      On May 27, 2024, at approximately 5:47 a.m., three black males entered a 7-Eleven located at 15310 Cortez Blvd in Brooksville, Florida. All three

were wearing hoodies and gloves. One suspect walked directly behind the counter where the clerk was located. A second suspect jumped the counter as the third suspect stood by the door looking toward the parking lot. One of the suspects behind the counter threatened to "fuck up" the clerk. As depicted below, the suspects then loaded numerous cartons and packs of cigarettes into a translucent white garbage bag, after which all three fled the scene in a black 4-door Sedan with approximately $8,000 worth of cigarettes.



**B. June 1, 2024, Circle K Robbery at SR 64 East, Bradenton, FL**

9.      At approximately 4:25 a.m. on June 1, 2024, a black male entered the Circle K located at 8028 SR 64 in Bradenton, Florida. As depicted below, the suspect was wearing a black "Nike" hoodie, blue facemask, black gloves, black pants, and distinct blue-toed shoes. The suspect went behind the counter and loaded 270 packs of cigarettes into a dark plastic bag, after which he fled in a gray Hyundai Tucson

4

bearing Florida tag CE7-6DV. The tag was discovered to have been stolen out of Sarasota, Florida earlier that day.

 

### C.    June 2, 2024, 7-Eleven Robbery at 44249 Hwy 27, Davenport, FL

10.    On June 2, 2024, at approximately 6:18 a.m., a black male entered the 7-Eleven located at 44249 Hwy 27 in Davenport, Florida. As depicted below, the suspect was wearing distinct blue-toed shoes, black pants, blue facemask, gloves, and a dark gray or black "Nike" hoodie with a large Nike symbol on the back. The suspect went behind the counter where the clerk was and attempted to take cartons of cigarettes.  The clerk confronted the suspect, who ultimately fled the store empty-handed in a gray Hyundai Tucson bearing Florida tag 66C-BPT.  The tag was later determined to have been stolen out of Osceola County, Florida the day before the robbery.

 



### D.    June 24, 2024, Family Dollar Robbery at 3245 Southwest 142nd Lane, Ocala, FL

11.    On June 24, 2024, at approximately 10:44 a.m., two black males arrived at the Family Dollar store located at 3245 Southwest 142nd Lane in Ocala, Florida in a gray Toyota Camry. As depicted below, the two black males entered the Family Dollar at approximately 10:50 a.m. One of the black males was wearing a green hoody, black gloves, a facemask, orange shoes, and dark jeans. The second black male had a black "Nike" hoodie with a large Nike Symbol on the back, black pants, a blue facemask, black pants, and red gloves.

6

 

12.    The black male wearing the green hoodie walked behind the counter as the black male in the Nike hoodie jumped over the counter. The suspect in the Nike hoodie loaded numerous packages of cigarettes into what appeared to be a black garbage bag as the suspect in the green hoodie attempted to open the cigarette cabinet. The clerk attempted to stop them from stealing the cigarettes by pulling the key out of the cabinet door.  At one point, the suspect in the green hoodie physically pulled the clerk away from the cigarette cabinet. During her interview, the clerk advised she was in fear for her life. The suspects left in a Gray Toyota Camry.



**E.    June 24, 2024 Robbery Family Dollar at 26433 Cortez Blvd, Brooksville, FL**

13.    On June 27, 2024, at approximately 11:30 a.m., what appeared to be the same two black males arrived at the Family dollar located at 26433 Cortez Blvd in Brooksville, Florida in a dark gray Toyota Camry bearing Florida tag 59B-KVS.

 

8

14.     At approximately 12:38 p.m., the Camry pulled into a spot near the front door of the Family Dollar.  The driver, the black male wearing the green hoodie, tattered jeans, and orange shoes, exited the Camry and entered the Family Dollar, covering his face with his forearm as he approached the doorway.



15.     The suspect in the green hoodie walked toward the back of the Family Dollar momentarily before returning to the counter area while talking on a white cellphone.



16.    The second suspect was wearing black pants, black gloves, a black "Nike" hoodie with a large Nike symbol on the back, and black shoes with a distinct silver shoelace tag on the laces.  This suspect entered, walking behind the counter where the clerk was located and told the clerk, "I think you got something that's mine," after which he picked up three cases of "305" cigarettes and started to leave the store.

 

17.    The clerk stated she attempted to prevent him from taking the cigarettes and managed to knock one of the cases to the ground.  The suspect wearing the green hoodie picked up the dropped case of cigarettes and both suspects fled the store, placing the cigarettes into the trunk of the Toyota Camry before driving away. The clerk advised she was in fear during the incident.

### F.    Video surveillance from Family Dollar at 10404 N. Nebraska Ave, Tampa, FL

18.    During the course of the investigation, I obtained video surveillance footage from the Family Dollar store located at 10424 N. Nebraska Avenue.  A review of the surveillance video revealed GREEN arriving at the Family Dollar driving a dark gray 4-door Sedan at approximately 9:21 p.m. on June 26, 2024. As

depicted below, GREEN entered the store carrying a cellphone. GREEN purchased

a lint roller, after which he left the Family Dollar in the gray sedan.



**G.    Video Surveillance from McDonalds at 920 E. Fowler Ave, Tampa, FL**

19.    During the course of the investigation, I also obtained video

surveillance footage from the McDonalds located at 920 E. Fowler Avenue.  A

review of the surveillance video revealed GREEN pulling through the drive thru

window in a gray Toyota Camry on June 27, 2024, at approximately 3:42 p.m. This

vehicle is consistent with the one used during some of the robberies discussed.

GREEN appeared to be the sole occupant of the Toyota Camry.



Toyota Camry Front end



GREEN driving Camry

### H.    Video surveillance from 7-Eleven at 12049 Whitmarsh Ln, Tampa, FL

20.    During the course of the investigation, I obtained surveillance video from a 7-Eleven located at 12049 Whitmarsh Lane in Tampa, Florida.  The surveillance video showed Malcolm GREEN arrive at the 7-Eleven in a gray Toyota Camry and enter the 7-Eleven on June 28, 2024, at approximately 9:31 a.m. This was approximately two hours and twenty minutes before the Walgreens robbery. In the video, GREEN is wearing the same outfit worn by robber during the Walgreens robbery. GREEN's face was uncovered while in the 7-Eleven, allowing me to

13

positively identify him.

 

Whitmarsh 7-11 video 6/28/24     GREEN's mugshot 6/28/24

**I.      June 28, 2024, Robbery at Walgreens at 12211 W. Hillsborough Ave, Tampa, FL**

21.     On June 28, 2024, at approximately 12:51 p.m., a black male arrived at the Walgreens located at 12211 W. Hillsborough Avenue in Tampa, Florida in a dark gray Toyota Camry. The suspect entered the Walgreens wearing a black "Nike" hoodie with a large Nike symbol on the back, blue medical mask, black pants, black shoes, and black gloves.

22.     The suspect walked behind the counter and lifted his shirt, displaying a gun to the Walgreens clerk. The clerk described the gun as a pistol with an extended magazine. The suspect told the victim, "Don't move…don't talk…just stay right there," after which he proceeded to load numerous packs of cigarettes into a white

translucent garbage bag that he produced from under his hoodie. After filling the bag with cigarettes, the suspect jumped the counter and fled in the Toyota Camry.



### J. June 28, 2024, Video surveillance fron Radiant at 8212 Sheldon Rd, Tampa, FL

24.     During the course of the investigation, I also obtained surveillance footage from the Radiant gas station located at 8212 Sheldon Road, approximately 3.4 miles from the Walgreens. The suspect arrived at the Radiant in a gray Toyota Camry approximately eight minutes after the Walgreens robbery.  The suspect's build, facial hair, and eyes matched that of GREEN.  Additionally, the suspect was using a red phone in a black case consistent with the one found during GREEN's arrest less than an hour and a half later.

15







Radiant Video                Green's iPhone @ arrest

25.     Within an hour and a half of the Walgreens robbery, Hillsborough

County deputies located the gray Toyota Camry bearing Florida tag 59B-KVS in the

16

parking lot of a Family Dollar located at 10404 N. Nebraska Avenue in Tampa,

Florida. Surveillance was initiated and the Camry was followed to a parking lot at

912 E. Fletcher Avenue where deputies attempted to detain the driver by initiating

lights and sirens.  As depicted below, the driver attempted to escape by driving onto

the sidewalk in front of the business, striking a building column and a parked vehicle

before being taken into custody.



26.     The driver was identified as Malcolm GREEN, and he was in

possession of a red iPhone contained within a black case consistent with that in the

above Radiant Video.

27.     A black "Nike" hoodie with a large Nike symbol on the back and a blue

mask were observed in plain view within the Toyota Camry. A search warrant was

obtained and executed on the vehicle, during which the "Nike" jacket was collected.

Blue facemasks and black gloves consistent with those worn during the above

offenses were found during the search. A lint roller consistent with the one purchased

by GREEN on June 26, 2024, was found in the center console, further suggesting GREEN had possession of the Toyota Camry. A pack of Marlboro cigarettes was found under the center armrest in the back seat of the Camry. A review of crime scene photos revealed that the suspect dropped the same brand of Marlboro cigarettes as he was loading the bag.



**Search of Toyota Camry**

**"Nike" Hoodie**

| 6/2/24 | 6/24/24 Ocala | 6/24/24 (1st) | 6/24/24 (2nd) |

**Search of Camry**



**Blue facemasks**





6/1/24                6/2/24                6/24/24

**Search of Camry**



**Black gloves**

  

**5/27/24**                     **6/1/24**                     **6/28/24**

**Search of Camry**

 

**Marlboro Cigarettes**

**Dropped at Walgreens**



**6/28/24**

**Search of Camry**



Lint Roller in center console



GREEN purchasing lint roller at Family Dollar on 6/26/24

## K.    Identification of Ron YARDE (aka "WONK")

28.    On or about July 16, 2024, HCSO Detective Spiewak uploaded the

below photograph of the suspect in the green hoodie into the Face Analysis

Comparison & Examination System (FACESNXT) in an attempt to obtain an

investigative lead as to the identity of the subject through facial recognition software.



29.     The results of  the facial recognition search yielded multiple facial comparison matches to Ron Christopher YARDE, hereafter referred to as "YARDE".  FACESNXT identified nine digital photographs that were above the minimum threshold for facial recognition.  All nine photographs were of YARDE.

30.     A query of the Florida Department of Corrections website revealed YARDE is on supervised felony probation until December 2028.

31.     On or about July 26, 2024, I contacted the Tampa Circuit probation office and learned that YARDE had provided phone number (656) 204-2715 as his contact number.

32.     On July 9, 2024, United States Magistrate Judge Anthony Porcelli approved a search warrant authorizing the search of GREEN's cellphone.

33.     A search of GREEN's cellphone revealed numerous text messages between GREEN and YARDE's phone number (656) 204-2715, saved as "WONK" in GREEN's phone.  From the context of the messages, it was clear that GREEN, YARDE, and an unidentified third subject ("Top Shotta") had conspired to commit the May 27, 2024, robbery.

34.     Specifically, on May 27, 2024, three black males committed the robbery of the 7-Eleven located at 15310 Cortez Blvd in Brooksville, Florida.  Prior to the robbery, GREEN, YARDE, and "Top Shotta" exchanged phone calls and a series of text messages detailing the plan get together and to target cigarettes.

















35.     From my experience and knowledge of the case, the preceding text messages between GREEN and "Top Shotta" clearly discuss plans that are consistent with the investigation. Specifically, GREEN states, "Shidd da sto about to close but we can grab sum cigs rq fa sun quick bands."  From my experience, this is street lingo proposing grabbing cigarettes from a store to make thousands of dollars ("bands").  Furthermore, GREEN suggests not doing it in the city, but rather in the surrounding counties such as Pasco, Hernando, or Sumpter County.  GREEN even coaches "Top Shotta" to change his tag in preparation.  All of these details are consistent with facts of the investigation.

26

36.     Additionally, GREEN and "Top Shotta" discuss WONK (YARDE) agreeing to be involved in the offenses, telling him, "Wonk hmu right na" – "I'm finna see we're wonk" – "hit em he tryna slide too" – "He say he omit out in a lil" – "He say come get em" – "Bout to get wonk now".

37.     The search of GREEN's cellphone also revealed text messages between GREEN and YARDE ("WONK") coordinating their plan to get together around the same time GREEN and "Top Shotta" were making the plans to grab cigarettes.








38.     About three and a half hours later, three black males robbed the 7-Eleven located at 15310 Cortez Blvd in Brooksville (Hernando County) as previously documented.



39.     Geolocation data from GREEN's cellphone revealed his cellphone was in the immediate vicinity of the 7-Eleven at the time of the robbery.



40.     Communications between GREEN, YARDE, and "Top Shotta" ceased prior to, during, and after the robbery until the afternoon of May 27, 2024, suggesting they'd been together as planned in the text messages.

41.     In the days following the robbery, GREEN and YARDE exchanged numerous text messages.  From these messages, it was apparent that YARDE was now GREEN's primary co-conspirator in the ongoing cigarette robberies.




42.     On May 29, 2024, GREEN sent a map PIN to YARDE showing he was at the Sam's Club located at 2575 Gulf to Bay Blvd in Clearwater, Florida, after which he sent a video of boxes of cigarettes enclosed within a chain-link fence inside

the Sam's Club.  In my experience, this is consistent with casing a location prior to

committing a crime.







43.    On May 31, 2024, GREEN and YARDE exchanged messages during

which GREEN advised he got a rental vehicle, describing it as a Hyundai.



44.    At approximately 4:25 a.m., a black male in a Hyundai SUV entered the Circle K located at 8028 SR 64 in Bradenton, Florida, during which he stole two hundred seventy packs of cigarettes.



45.     GREEN and YARDE clearly discussed the incident in the following text thread.  From the conversation, it was clear that GREEN had gone solo ("dolo").

 

46.     GREEN and YARDE exchanged messages throughout the early morning hours of June 24, 2024, making plans to get together.  During the conversation, GREEN offered to provide YARDE with a shirt or jacket. YARDE suggested getting gloves.









47.    At 9:55 a.m. on June 24, 2024, GREEN sent YARDE a map PIN

showing his location to be in the Winn-Dixie parking lot directly across from the

Family Dollar that was robbed less than an hour later.



48.     At approximately 10:44 a.m., the Family Dollar located at 3245 142nd Lane in Ocala, Florida was robbed by two black males who stole a large quantity of cigarettes.  Both were wearing gloves as suggested by YARDE in the preceding text messages.



49.     Geolocation data from GREEN's cellphone revealed his cellphone to be in the immediate vicinity of the Family Dollar shortly before the robbery.



50.     Within an hour, the same two suspects arrived at another Family Dollar located at 26433 Cortez Blvd in Brooksville, Florida during which they stole a large quantity of cigarettes.  The suspect in the green hoodie, identified as Ron YARDE, entered the store at approximately 12:38 p.m. with his face uncovered.

51.     A search of GREEN's cellphone call log revealed GREEN called YARDE at 12:39 p.m.  Surveillance video revealed YARDE talking on a large white cellphone at that time.

| Call Log | 6/24/2024 12:39:08 PM(UTC-4) | To: 6562042715 Wonk | 00:02:40 |
|----------|------------------------------|---------------------|----------|





52.     The suspect in the Nike hoodie entered the store shortly after the call, during which both suspects stole a large quantity of cigarettes as documented above.

53.     Additionally, geolocation data from GREEN's cellphone revealed his cellphone to be in the immediate vicinity of the Family Dollar around the time of the robbery.

54.     On June 21, GREEN and YARDE exchanged the following text messages discussing a new plan involving Walgreens "soon as dey open."



55.    On June 27, 2024, GREEN sent YARDE the following text.  I believe "wg" in the text references "Walgreens."



56.     The Walgreens at 12211 W. Hillsborough Avenue in Tampa was robbed the following day as documented above.  I know this Walgreens to be near Oldsmar as referenced in GREEN's text message to YARDE.

57.     As previously detailed, GREEN was taken into custody shortly after the Walgreens robbery.

58.     On October 21, 2024, I met YARDE's probation Officer, Sr. Correctional Probation Officer K. Taylor, during which I showed her a video and image taken from the June 27, 2024, Family Dollar robbery as depicted below.  P.O. Taylor positively identified the subject depicted in the video/image as Ron YARDE, who she has been supervising since January 2024. It should be noted that I did not disclose who I was investigating before the identification was made.



59.     Additionally, P.O. Taylor advised YARDE had provided phone number (656) 204-2715 as his contact number but had changed it to (656) 217-2447 on or about July 1, 2024, two days after Malcolm GREEN was arrested. In my experience, I believe YARDE changed his number in an attempt to avoid any connection with GREEN or the crimes that had been committed.

60.     I am aware, based on prior investigative experience, that the Family Dollar stores, 7-Eleven stores, Circle K convenience stores, and Walgreens as described above are chain establishments with franchises all over the United States that conduct business transactions participating in and affecting interstate commerce. These businesses also sell various products that were manufactured outside the State of Florida and transported across state lines for sale. Further, their ability to conduct business affecting this interstate commerce would have been hindered during and following the armed robbery. Additionally, the depletion of the store assets from the thefts of the cigarettes would have impacted their ability to participate in interstate commerce.

## **CONCLUSION**

61.     Based on my training and experience, as well as my knowledge of this investigation, I believe that probable cause exists that Malcom GREEN and Ron YARDE conspired to commit violations of violation of 18 U.S.C. § 1951 – Conspiracy to Commit Hobbs Act Robbery.

Respectfully submitted

Yannick Deslauriers
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone on this  5th  day of November 2024

NATALIE HIRT ADAMS
United States Magistrate Judge